02D03-2302-CT-000118

USDC IN/ND case 1:23-cv-00084-HAB-SLC   document 6   filed 02/13/23   page 1 of 4

Filed: 2/13/2023 8:18 AM
Clerk
Allen County, Indiana
DW

Allen Superior Court 8

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

BRITNY HOPPAS and SHAY HOPPAS, )
AS CO-PERSONAL REPRESENTATIVES )
OF THE ESTATE OF BRUCE HOPPAS, )
DECEASED, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　)
vs. )
　　　　　　　　　　　　　　　　　　　　)
ALI A. ABDI, and BUCKEYE CARGO )
SOLUTIONS, LLC, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )

## COMPLAINT FOR WRONGFUL DEATH

### COUNT I

Plaintiffs, Britny Hoppas and Shay Hoppas, as Co-Personal Representatives of the Estate of Bruce Hoppas, Deceased, for their claim for relief state:

　　　　1.　　Plaintiffs, Britny Hoppas and Shay Hoppas are the Co-Personal Representatives of the Estate of Bruce Hoppas, deceased, who died on August 21, 2022, a resident of Allen County, Indiana.

　　　　2.　　On August 11, 2022, Bruce Hoppas, deceased, was driving a Harley Davidson motorcycle northwest on U.S. 33 near the intersection of West Cook Road, in Fort Wayne, Allen County, Indiana. Defendant, Ali A. Abdi was driving a Freightliner Cascadia owned by Defendant Buckeye Cargo Solutions, LLC, west on West Cook Road, turning south

onto U.S. 33, and drove into the path of decedent, Bruce Hoppas. The Decedent, Bruce Hoppas, died as a result of injuries sustained in the vehicle collision.

3. The collision and death of the Decedent, Bruce Hoppas, was caused by the carelessness and negligence of Defendant, Ali A. Abdi, for failing to maintain a reasonable and proper lookout, failing to maintain control over his vehicle, and failing to yield the right of way in violation of I.C. 9-21-8-31.

4. Defendant, Ali A. Abdi, was operating the 2015 Freightliner Cascada in the course and scope of his employment and/or agency with Defendant, Buckeye Cargo Solutions, LLC, (hereafter "Buckeye").

5. Buckeye is vicariously liable for the negligent acts of Defendant, Ali A. Abdi, while acting in the course and scope of his employment and/or agency at the time of the collision.

6. Decedent, Bruce Hoppas, sustained serious and extensive injuries causing him great physical pain and suffering from the date and time of the collision until his death on August 21, 2022.

7. Decedent, Bruce Hoppas, incurred hospital expenses for medical, hospital, and surgical care in the sum of Four Hundred Twenty Two Thousand, Sixty One and 42/100 Dollars ($422,061.42), and funeral and burial expenses in the amount of One Thousand, Two Hundred, Ninety Five and 00/100 Dollars ($1,295.00).

8. Decedent, Bruce Hoppas, is survived by his three natural adult daughters, Britny Hoppas, Shay Hoppas and Jana Hoppas, who suffer ongoing grief, and have lost the love, society and companionship of their father, Bruce Hoppas.

WHEREFORE, Plaintiffs, Britny Hoppas and Shay Hoppas, as Co-Personal Representatives of the Estate of Bruce Hoppas, Deceased, demand judgment against Defendants, Ali A. Abdi and Buckeye Cargo Solutions, LLC, in an amount that will reasonably compensate them for the injuries, damages, and death that he sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

*/s/ Tom Blackburn*

Tom Blackburn   (2761-71)
Attorney for Plaintiffs
BLACKBURN ROMEY
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400

02D03-2302-CT-000118

USDC IN/ND case 1:23-cv-00084-HAB-SLC document 6 filed 02/13/23 page 4 of 4

Filed: 2/13/2023 8:18 AM
Clerk
Allen County, Indiana
DW

Allen Superior Court 8

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

BRITNY HOPPAS and SHAY HOPPAS, )
AS CO-PERSONAL REPRESENTATIVES )
OF THE ESTATE OF BRUCE HOPPAS, )
DECEASED, )
                Plaintiffs, )
vs. )
ALI A. ABDI, and BUCKEYE CARGO )
SOLUTIONS, LLC, )
                Defendants. )

## JURY DEMAND

Come now Plaintiffs, Britny Hoppas and Shay Hoppas, as Co-Personal Representatives of the Estate of Bruce Hoppas, Deceased, by counsel, and demand trial by jury.

_____
Tom Blackburn (2761-71)
Attorney for Plaintiffs
BLACKBURN ROMEY
4203 W. Jefferson Blvd.
Fort Wayne, IN 46804
Telephone: (260) 422-4400

Page **1** of **1**