UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BRITNY HOPPAS and SHAY HOPPAS, AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF BRUCE HOPPAS, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>ALI A. ABDI, and BUCKEYE CARGO SOLUTIONS, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-00084-HAB-SLC<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Britny Hoppas and Shay Hoppas as Co-Personal Representatives of the Estate of Bruce Hoppas, deceased, by counsel, and Defendants, Ali A. Abdi and Buckeye Cargo Solutions, LLC, by counsel, hereby stipulate to the dismissal of this case with prejudice, costs paid.


*s/Tom Blackburn*
Tom Blackburn, Esq.
BLACKBURN ROMEY
4203 W. Jefferson Blvd
Fort Wayne, IN 46804
*Counsel for Plaintiffs*

*s/James L. Culp*
Christopher R. Whitten, Esq.
James L. Culp, Esq.
WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
*Counsel for Defendants*